George W. Carr, as Receiver, etc., of Martha A. Ives, Appellant, v. Martha A. Ives and Another, Respondents.— Judgment affirmed, with costs. No opinion.

Philip Richards, Respondent, v. The Manhattan Railway Company, Appellant.— Judgment affirmed, with costs. No opinion.

Peter Fendrich, Respondent, v. The Manhattan Railway Company, Appellant.— Judgment affirmed, with costs. No opinion.

George Rossler, Respondent, v. The Third Avenue Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Robert H. Ingersoll and Charles H. Ingersoll for a Writ of Mandamus against Charles A. Runk, etc. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Edward Freeman v. Jacob Rothschild, Respondent; Hugh R. Garden, as Receiver, etc., Appellant, and Others.— Judgment affirmed, with costs. No opinion.

Malcolm Stuart, Respondent, v. Frank Bale, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.